| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 2:06CR00223 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kianta Britten | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE The Honorable Rudy Lozano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM May 21, 2008 / TO May 20, 2011 |

MAGISTRATE JUDGE VALDEZ
08CR 691
JUDGE SHADUR

| OFFENSE |
|---|
| Title 18 U.S.C. § 1344 Bank Fraud |

FILED SEP 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Northern District of Illinois (Chicago Division) _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/17/08
Date                                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Illinois _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

AUG 2 9 2008
Effective Date                                    James F. Holderman
                                                  United States District Judge